```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 46797
    TERESA E YOUNGER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4821


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/21/2004 and was confirmed 02/09/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.07%.

     The case was dismissed after confirmation 04/23/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
FID INFO CORP              UNSECURED             79.95          .00             .00
NORDSTROM FSB              UNSECURED           1935.82          .00           98.98
AMERICAN GENERAL FINANCE   SECURED              300.00          .00          300.00
AMERICAN GENERAL FINANCE   UNSECURED            168.31          .00             .00
ARONSON FURNITURE          SECURED              500.00          .00          500.00
ARONSON FURNITURE          UNSECURED            540.33          .00           16.21
MORTGAGE ELECTRONIC REGI   CURRENT MORTG      29148.18          .00        29148.18
MORTGAGE ELECTRONIC REGI   MORTGAGE ARRE       4657.99          .00         4657.99
HSBC AUTO FINANCE          SECURED                 .00          .00             .00
CAPITAL FIRST BANK         UNSECURED          NOT FILED         .00             .00
CAPITAL FIRST BANK         UNSECURED          NOT FILED         .00             .00
RESURGENT ACQUISITION LL   UNSECURED            266.64          .00             .00
CHASE CARD SERVICES        UNSECURED           2811.44          .00          143.75
SMC                        UNSECURED            933.03          .00           47.71
LINCOLNWAY MANAGEMENT      NOTICE ONLY       NOT FILED          .00             .00
RESURGENT ACQUISITION LL   UNSECURED           7622.05          .00          389.73
TIMOTHY K LIOU             DEBTOR ATTY        1,643.40                     1,643.40
TOM VAUGHN                 TRUSTEE                                         2,230.03
DEBTOR REFUND              REFUND                                             41.02

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              39,217.00

PRIORITY                                          .00
SECURED                                     34,606.17
UNSECURED                                      696.38
ADMINISTRATIVE                               1,643.40
TRUSTEE COMPENSATION                         2,230.03
DEBTOR REFUND                                   41.02

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 46797 TERESA E YOUNGER
```

```
                                ---------------      ---------------
TOTALS                             39,217.00            39,217.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 07/24/08                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```